**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Inter123 Corporation, | No. CV-14-00463-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Chadi Ghaith, | |
| Defendant. | |

Plaintiff Inter123 Corporation has filed a motion for leave to file a second amended complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure. Doc. 40. Defendant Chadi Ghaith has not responded. The Court will grant the motion.

Rule 15 makes clear that the Court "should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). The policy in favor of leave to amend must not only be heeded, *see Foman v. Davis*, 371 U.S. 178, 182 (1962), it must be applied with extreme liberality, *see Owens v. Kaiser Found. Health Plan, Inc.*, 244 F.3d 708, 880 (9th Cir. 2001). This liberality "is not dependent on whether the amendment will add causes of action or parties." *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987). The Court may deny a motion to amend if there is a showing of undue delay or bad faith on the part of the moving party, undue prejudice to the opposing party, or futility of the proposed amendment. *See Foman*, 371 U.S. at 182. Generally, however, "this determination should be performed with all inferences in favor of granting the motion." *Griggs v. Pace Am. Group, Inc.*, 170 F.3d 877, 880 (9th Cir. 1999).

Plaintiff seeks to amend its complaint to add an additional claim against Mr. Ghaith for fraudulent conveyance under A.R.S. § 44-1004, and an additional defendant, Lawrence Darwish, to the fraudulent conveyance claim. Doc. 40 at 3. Because Defendant has not responded to the motion, there has been no showing of undue delay, bad faith, undue prejudice, or futility. The Court will therefore grant the motion.

**IT IS ORDERED:**

1. Plaintiff's motion to amend (Doc. 40) is **granted**. Plaintiff shall file its amended complaint on or before **June 3, 2014**.

2. Plaintiff's motion for ruling (Doc. 41) is **denied as moot**.

Dated this 28th day of May, 2014.

_____
David G. Campbell
United States District Judge